FILED

04/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0689

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0689

CITY OF MISSOULA,

   Plaintiff and Appellee,

 v.

FATON SADIKU,

   Defendant and Appellant.

## GRANT OF EXTENSION

   Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor, Appellee is granted an extension of time to and

including May 8, 2021, within which to prepare, serve, and file its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 7 2021